LUCIAN RESSIG, Appellant, *v.* WALDORF-ASTORIA HOTEL COMPANY, Respondent.

*Contract — action for wages — defense of breach of condition of contract requiring notice of intent to leave employment.*

Ressig v. *Waldorf-Astoria Hotel Co.*, 185 App. Div. 4, affirmed.
(Argued April 28, 1920; decided June 1, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1918, which reversed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff and directed a dismissal of the complaint. The action was for wages alleged to be due. The defendant pleaded that the contract of employment was in writing and was for a hiring from month to month terminable by plaintiff only at the end of any month by eight days' previous notice in writing, and that he agreed, among other things, that he would not participate, either directly or indirectly, in a strike against the defendant, and that in the event of his failure to comply with the contract he would forfeit as liquidated damages all wages due; that on the 2d day of May, 1917, without the consent of the defendant or just cause, plaintiff aided and participated in and joined a strike against the defendant and voluntarily left its employ without having given said notice. Defendant also pleaded a counterclaim for $132.50 for damages sustained through plaintiff's said breaches of the contract.

*William Karlin* and *Samuel Stein* for appellant.

*George C. Fay* and *Francis S. Hutchins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: ELKUS, J.